Patrick H. Hicks, Esq.
Nevada Bar No. 004632
McCade Wing, Esq.
Nevada Bar No. 16652
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:    702.862.8811
phicks@littler.com
mwing@littler.com

Attorneys for Defendant
CIRCUS CIRCUS LV, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONDAL SAXTON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CIRCUS CIRCUS LV, LLC, a Nevada limited liability company,<br><br>    Defendant. | Case No. 2:26-cv-00716-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff RONDAL SAXTON and Defendant CIRCUS CIRCUS LV, LLC ("Defendant"), through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of April 9, 2026, up to and including April 16, 2026.

The Parties agree that good cause exists for the requested extension and is reasonable and necessary because Defendant's counsel was recently retained

///

///

///

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of undue delay.

Dated: April 8, 2026                                Dated: April 8, 2026

Respectfully submitted,                             Respectfully submitted,


*/s/ Michael A. Burnette*                           */s/ McCade Wing*
Jemma E. Dunn, Esq.                                 Patrick H. Hicks, Esq.
Matthew T. Hale, Esq.                               McCade Wing, Esq.
Michael A. Burnette, Esq.                           LITTLER MENDELSON, P.C.
GREENBERG GROSS, LLP
                                                    Attorneys for Defendant
Attorneys for Plaintiff                             CIRCUS CIRCUS LV, LLC
RONDAL SAXTON


**IT IS SO ORDERED.**

Dated:    4/9/2026


_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800